```
                                                                    FILED
                                                                 April 27, 2010
              UNITED STATES DISTRICT COURT                   CLERK, US DISTRICT COURT
                                                             EASTERN DISTRICT OF
           FOR THE EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                                  DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                  Plaintiff,   )  CASE NUMBER: 2:10-cr-00097-JAM
v.                                  )
                              )  ORDER FOR RELEASE
                              )  OF PERSON IN CUSTODY
YVETTE COMPITO,                     )
                  Defendant.  )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Yvette Compito; Case 2:10-cr-00097-JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of _____

      _X_   Unsecured Appearance Bond in the Amount of <u>$50,000.00 co-signed by Stephanie Webb and Marshall Webb.</u>

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond secured by Real Property

      __    Corporate Surety Bail Bond

      _X_   (Other) <u>Pretrial Supervision/Conditions and Third Party Custody of Marshall Webb.</u>

      _X_   (Other) <u>Defendant to be released on 4/28/2010 at 8:30 AM to Pretrial Services.</u>

Issued at <u>Sacramento, CA</u> on 4/27/10 at 3:30 pm.

By /s/ Kendall J. Newman

Kendall J. Newman
United States Magistrate Judge