1  **DINA L. SANTOS**
   A Professional Law Corporation
2  State Bar No. 204200
   428 J Street, Suite 359
3  Sacramento, CA 95814
   Telephone: (916) 447-0160
4  Facsimile: (916) 447-2988

5

   Attorney for Petitioner
6  Yvette Compito

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **UNITED STATES OF AMERICA**,    )    CRS 10-0097 JAM
                                     )
13           Plaintiff,              )
                                     )    WAIVER OF DEFENDANT'S
14  v.                               )    PRESENCE
                                     )
15  **YVETTE COMPITO**               )
                                     )
16           Defendant               )
                                     )
17  _____  )

18

19       The defendant, YVETTE COMPITO, hereby waives his right to be present in open court

20  upon the hearing of any motion or other proceeding in this cause, including, but not limited to,

21  when the case is ordered set for trial, when a continuance is ordered, and when any other action is

22  taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and

23  imposition of sentence.  Defendant hereby request the court to proceed during every absence of

24  her which the court may permit pursuant to this waiver; agrees that her interest will be deemed

25  represented at all times by the presence of her attorney, the same as if the defendant were

26  personally present; and further agrees to be present in court ready for trial any day and hour the

27  court may fix in her absence.

28

         Defendant further acknowledges that she has been informed of his rights under Title 18

1  U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized her attorney to set times and
2  delays under the provisions of that Act without defendant being present.

3
4  Dated: April 30, 2010                                 /s/ Yvette Compito
                                                         YVETTE COMPITO
                                                         Client
5
6  Dated: April 30, 2010                                 /s/ Dina L. Santos
                                                         DINA L. SANTOS
                                                         Attorney for Yvette Compito
7

8  IT IS SO ORDERED:
9
10 DATE: May 3, 2010                                     /s/ John A. Mendez
                                                         John A. Mendez
11                                                       U.S. District Court Judge

- 2 -