Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
SUZANNE PERKINS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| United States of America, | ) Case No. CRS 10-0097 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER ) CONTINUING STATUS CONFERENCE ) AND EXCLUDING TIME |
| vs. | ) |
| Suzanne Perkins, *et al.*, | ) |
| Defendants. | ) |

The undersigned hereby stipulate to the following:

1. A status conference in this matter is now set for June 8, 2010, at 9:30 a.m.

2. Defense counsel have received 2,395 pages of discovery, and are informed and believe that additional disclosures of discovery will be made.  Time for preparation of counsel continues to be needed to review these materials, to confer with the clients and with counsel for the government, to prepare for possible pretrial motions, to conduct investigations, and to prepare for trial.  This is the first stipulation and proposed order filed in this case.  The undersigned stipulates and agrees that the status conference be continued until **August 17, 2010, at 9:30 a.m.**

1

PDF created with pdfFactory trial version www.pdffactory.com

3. It is further stipulated by the parties that time continue to be excluded to August 17, 2010 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(7)(B)(iv).

DATED: June 1, 2010          /s/ Tim Warriner, Attorney for
                             SUZANNE PERKINS

DATED: June 1, 2010          /s/ Dina Santos, Attorney for
                             YVETTE COMPITO

DATED: June 1, 2010          /s/ Jeffrey Staniels, Attorney for
                             KARAMOKO GOODMAN

DATED: June 1, 2010          /s/ Michael Bigelow, Attorney for
                             JESSE DAVIS

DATED: June 1, 2010          /s/ Donald Heller, Attorney for
                             LUJAMAAL BRUMFIELD

DATED: June 1, 2010          /s/ Jared Dolan, Assistant U.S.
                             Attorney for the Government

ORDER

   GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for June 8, 2010 be continued to August 17, 2010 at 9:30 a.m., and that time continue to be excluded to August 17, 2010 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

DATED:  June 1, 2010         /s/ John A. Mendez_____
                             UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com