DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
YVETTE COMPITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 10-097 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | DATE, CONTINUING CASE, AND |
| v. ) | EXCLUDING TIME |
| YVETTE COMPITO ) | |
| KARAMOKO GOODMAN, ) | |
| JESSE DAVIS, ) | Date   JANUARY 25, 2011 |
| Defendants. ) | Time:  9:30 a.m. |
| ) | Judge: HON. JOHN A. MENDEZ |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney JARED DOLAN, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant YVETTE COMPITO; Attorney JEFFEREY STANIELS, Counsel for Defendant KARAMOKO GOODMAN; Attorney ELLIOT KANTER, Counsel for JESSE DAVIS, that the status conference scheduled for December 14, 2010, be vacated and the matter be continued to this Court's criminal calendar on January 25, 2011, at 9:30 a.m.

This continuance is requested by the defense in order to review discovery, permit counsel to conduct investigation and engage in

1  negotiations with the prosecution.  We have received discovery and are
2  in the process of review and negotiations with the prosecution.  This
3  case involves over 8,000 pages of discovery and counsel for Mr. Davis
4  is relatively new to the case. Counsel for Ms. Compito is still
5  conducting investigation related to Ms. Compito's defense and will
6  require more time to complete that investigation.

7  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
8  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
9  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
10 ends of justice served in granting the continuance and allowing the
11 defendant further time to prepare outweigh the best interests of the
12 public and the defendant in a speedy trial.

13   The Court is advised that all counsel have conferred about this
14 request, that they have agreed to the January 25, 2011, date, and that
15 all counsel have authorized Ms. Santos to sign this stipulation on
16 their behalf.

19  **IT IS SO STIPULATED**.

21  Dated: Dec. 10 , 2010          /S/ Dina L. Santos
                                   DINA L. SANTOS
22                                 Attorney for
                                   YVETTE COMPITO
23

24  Dated: Dec. 10, 2010           /S/ Jared Dolan
                                   JARED DOLAN
25                                 Assistant United States Attorney
                                   Attorney for Plaintiff
26
    Dated: Dec. 10, 2010           /S/ Jefferey Staniels
27                                 JEFFEREY STANIELS
                                   Attorney for
28                                 KARAMOKO GOODMAN

Dated: Dec. 10, 2010                    /S/ Elliot Kanter
                                        ELLIOT KANTER
                                        Attorney for
                                        JESSE DAVIS

**O R D E R**

**IT IS SO ORDERED.**

       By the Court,

Dated: Dec. 10, 2010                    /S/ John A. Mendez
                                        Hon. John A. Mendez
                                        United States District Judge